# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HENRY JAMES WIMBERLY, JR,**

　　　**Plaintiff,**
v.　　　　　　　　　　　　　　　　　　　　　**CASE NO. 4:06-cv-00063-RH-AK**

**DAVID A KNIGHT, et al,**

　　　**Defendants.**
_____/

## REPORT AND RECOMMENDATION

　　　Plaintiff brings this cause of action pursuant to 42 U.S.C. §1983 against Defendant Knight, who allegedly investigated the bank fraud charges pending against Plaintiff, and the bank tellers (Defendants Finch, Moore, Young and Peterson) who allegedly mis-identified Plaintiff as the person fraudulently opening the bank accounts in question. (Doc. 13). Plaintiff seeks as relief an injunction of the pending state court criminal proceedings and extradition proceedings, as well as "removal" of the warrant. He has amended his complaint once, and it is not believed that additional amendments of the pleadings will aid the Court's understanding of the issues or result in a viable complaint.

　　　It is a well established legal doctrine that federal courts will not enjoin ongoing state court criminal proceedings absent "irreparable injury," which must be something more than the consequences of those proceedings. Younger v. Harris, 401 U.S. 37 (1971). Plaintiff brought these same issues against these same defendants in Case No. 4:06cv229, which was dismissed pursuant to Younger also.

　　　In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's

amended complaint, doc. 13, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Gainesville, Florida, this __29th__ day of December, 2006.


s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**