IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY JAMES WIMBERLY, JR.,

    Plaintiff,

v.                                           CASE NO. 4:06cv63-RH/AK

DAVID A KNIGHT, et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    This matter is before the court on the magistrate judge's report and recommendation (document 34), and the objections thereto (documents 37 and 40). I have reviewed de novo the issues raised by the objections.

    In the demand for relief in the amended complaint, plaintiff requests an injunction against ongoing state criminal proceedings. In his objections to the report and recommendation, plaintiff takes no issue with the conclusion in the report and recommendation that this is indeed what plaintiff seeks in this action. This action thus is plainly barred by *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971). Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is dismissed." The clerk enter on the docket that the case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B) and shall close the file.  All pending motions are denied as moot.

SO ORDERED this 23d day of January, 2007.

> s/Robert L. Hinkle
> Chief United States District Judge